Order issued July 1, 2013



In The

*Court of Appeals*

For The

*First District of Texas*

---

NO. 01-13-00179-CV

---

## LINDA HERNANDEZ, JOSE HERNANDEZ, JAVIER VASQUEZ, CLAUDIA GIL, RAUL VASQUEZ AND VIRGINIA VASQUEZ, Appellant

## V.

## ABRAHAM, WATKINS, NICHOLS SORRELS & FRIEND, A TEXAS GENERAL PARTNERSHIP, RANDALL SORRELS AND BERNARDINO AGOSTO, JR., Appellee

---

### On Appeal from 212th District Court
### Galveston County, Texas
### Trial Court Cause No. 09CV0348

---

## MEMORANDUM ORDER

This case is related to the following case previously filed in the Court of Appeals for the Fourteenth District of Texas: In re Linda Hernandez, Jose Hernandez, Javier Hernandez, Claudia Gil, Raul Vasquez and Virginia Vasquez, No. 14-12-00935-CV and 14-11-00408-CV. Pursuant to this Court's Local Rule 1.5, this case is transferred to the Fourteenth Court. The Clerk of this

Court shall send to the Clerk of the Fourteenth Court: (1) the clerk's record and reporter's record, if any; (2) all documents filed in this case; and (3) certified copies of all orders, judgments, and opinions from this Court, if any. The clerk shall keep the original of all orders, judgments, and opinions of this court.

/s/ Sherry Radack
Chief Justice Sherry Radack
Acting Individually